IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re: :  Chapter 11
:
WORLDSPACE SATELLITE COMPANY :  Case No. ___-_____ (__)
LTD., :
:
Debtor. :
:
:
---------------------------------x

## LIST OF EQUITY SECURITY HOLDERS
## WORLDSPACE SATELLITE COMPANY LTD.

| Name and Address of Equity Holder(s) | Type of Shares Available | Percentage of Ownership |
|---|---|---|
| WorldSpace, Inc.<br>8515 Georgia Ave, Ste 900<br>Silver Spring, MD 20910 | Class A – 50 shares<br>Class B – 50 shares | 100% |

## DECLARATION REGARDING
## LIST OF EQUITY SECURITY HOLDERS

I, Donald J. Frickel, am an authorized officer of the debtor in this case (the "Debtor"), and in such capacity, am familiar with the ownership and corporate structure of the Debtor. I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information, and belief.

Dated: May 18, 2010

_____
Donald J. Frickel
Assistant Secretary

WorldSpace Satellite Company Ltd.