IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
:
:
In re: : Chapter 11
:
WORLDSPACE, INC., *et al.*,[1] : Case No. 08 – 12412 (PJW)
:
Debtors. : Jointly administered
:
: **Related to Docket No. 998**
:
:
----------------------------------------------------------X
:
:
:
In re: : Chapter 11
:
WORLDSPACE SATELLITE COMPANY, LTD., : Case No. 10 – 11625 (PJW)
:
Debtor. :
:
:
:
----------------------------------------------------------X

## ORDER (A) DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND (B) APPLYING CERTAIN ORDERS AND PROPOSED ORDERS IN THE CHAPTER 11 CASES OF WORLDSPACE, INC. AND ITS AFFILIATED DEBTORS TO THE CHAPTER 11 CASE OF WORLDSPACE SATELLITE COMPANY LTD.

Upon the joint motion (the "Motion")[2] of WorldSpace, Inc. ("WorldSpace") on behalf of itself and AfriSpace, Inc. and WorldSpace Systems Corporation, its affiliated debtors and debtors in possession (together with WorldSpace, the "Original Debtors") and WorldSpace Satellite Company, Ltd. ("Satco"; and together with the Original Debtors, the "Debtors"), for entry of an order (this "Order") that (a) directs the joint administration of SatCo's and the

---

[1] The Debtors in these proceedings, along with the last four digits of each debtor's federal tax identification number, are: WorldSpace, Inc. (2881); AfriSpace, Inc. (3956); and WorldSpace Systems Corporation (0695); each with a mailing address of 8515 Georgia Avenue, Silver Spring, MD 20910.

[2] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

Original Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only and (b) directs that certain orders entered (and proposed orders, when entered) in the chapter 11 cases of the Original Debtors be made applicable to SatCo in its chapter 11 case to facilitate joint administration of these cases; and upon the Declaration of Robert A. Schmitz in Support of First Day Motions, executed on May 18, 2010; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Rules"), SatCo's and the Original Debtors' chapter 11 cases shall be jointly administered and consolidated for procedural purposes only.

3. The Clerk of this Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of WorldSpace, Case No. 08-12412.

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
:
In re: :  Chapter 11
:
WORLDSPACE, INC., *et al.*,[1] :  Case No. 08 – 12412 (PJW)
:
Debtors. :  (Jointly Administered)
:
:
---------------------------------------------------------------x

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are: WorldSpace, Inc. (2881); AfriSpace, Inc. (3956); and WorldSpace Systems Corporation (0695); each with a mailing address of 8515 Georgia Avenue, Silver Spring, MD 20910; and WorldSpace Satellite Company Ltd. (7577), with a mailing address of Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, BVI.

5. The Clerk of this Court shall make a docket entry in SatCo's chapter 11 case substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 case of WorldSpace Satellite Company Ltd. and WorldSpace, Inc. The docket in the chapter 11 case of WorldSpace, Inc., Case No. 08-12412 should be consulted for all matters affecting this case."

6. Notwithstanding the relief granted herein, any creditor filing a proof of claim against any Debtor shall file such proof of claim against the individual Debtor against which the claim is asserted.

7. The orders entered (and proposed orders, when entered) in the Original Debtors' chapter 11 cases set forth on Exhibit A attached hereto are hereby made applicable to SatCo effective as of the Satco Petition Date, such that their provisions will apply to the Debtors

as jointly administered debtors in possession, as if such orders (or proposed orders, as the case may be) in the Original Debtors' chapter 11 cases referred specifically to SatCo.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE